## Exhibit B

## Trusts

| Name of Trust | Trustee Name | State |
|---|---|---|
| Helen P. Shinavar Trust UAD 6790 | Helen P. Shinavar | AR |
| Ruoti Family RLT | Benjamin Ruoti | AZ |
| Betty J Tetzlaff Trust DTD 11/18/93 | Betty Tetzlaff | AZ |
| D.E. & J.E. Helmer Rev. Living Trust dtd 6/22/99 | Duwayne E. Helmer | AZ |
| Hanna Trust | Floyd L. Hanna | AZ |
| Jean K. Deurloo Rev. Living Trust | Jean K. Deurloo | AZ |
| Kenneth Burkhart Trust DTD 8/24/98 | Kenneth Burkhardt | AZ |
| Parsons Family Discretionary Trust | Linda M. O'Hara | AZ |
| Freeouf Family Trust DTD 3/30/89 | Marilyn Freeouf | AZ |
| In Trust For Thomas Robert Chisholm | Robert G. Myers | AZ |
| Agnes Van Der Maaten Boerfyn Trust DTD 12/10/91 | Agnes Boerfyn | CA |
| A & C Kushner Family Trust | Alan D. Kushner | CA |
| Albert W. Noren Family Trust DTD 11/8/95 | Albert W. Noren | CA |
| Godel Family Trust DTD 9/27 | Alberta M. Godel | CA |
| Allen and Sue Cooper Trust Dtd 10/2/86 | Allen Cooper | CA |
| Gupton Family Trust | Anita M. Gupton-Bringe | CA |
| Ray & Ann Solomon 2001 Trust | Ann Solomon | CA |
| Arnold Hill & Barbara Hill Rev. Trust DTD 10/27/99 | Arnold L. Hill | CA |
| McGowan Family Trust Dtd. 05/24/95 | Barbara McGowan | CA |
| Barbara Scheidemantle Trust DTD 5/14/93 | Barbara Scheidemantle | CA |
| Allen Family Trust | Elloise Allen | CA |
| Lassere Family Trust DTD 6/10/97 | Bernard J. Lassere | CA |
| Peoples Living Trust dtd 12/12/95 | Beryl V. Peoples | CA |
| Betty J. Sauers Living Trust TTEE | Betty J. Sauers | CA |
| Rush Family Trust DTD 3/23/99 | Bruce A. Rush | CA |
| Boerfyn Living Trust | Bruce Nikkel | CA |
| Burr C. Passenheim Trust | Burr C. Passenheim | CA |
| Cox Family Trust | Carl Cox | CA |

| Name of Trust | Trustee Name | State |
|---|---|---|
| Clyde & Gloria Smith Trust | Clyde H. Smith | CA |
| Clyde H. Smith Revocable Trust DTD 6/23/95 | Clyde H. Smith | CA |
| Daphne Fox Profit Sharing & Money Purchase Keogh | Daphne Fox | CA |
| Darwin E. Gott Rev. Trust DTD 5/17/91 | Darwin E. Gott | CA |
| Anthony J. Oneto Trust | Denise R. Oneto | CA |
| Dennis L.Wittchow Family Trust DTD 5/16/90 | Dennis L. Wittchow | CA |
| Bondy Family Trust DTD 1976 | Dorothy H. Bondy | CA |
| Dorothy J. Spomer Trust Dated 8/21/93 | Dorothy J. Spomer | CA |
| Dorothy Leone Swenson Trust dtd 4/29/94 | Dorothy L. Alexander (Swenson) | CA |
| The Family Bird Trust DTD 7/15/96 | Dorvalena Bird | CA |
| Owens Family Trust | Duane Owens | CA |
| Danielson Family Trust | Edward E. Danielson | CA |
| Eilie & Vergin Ichkhan Rev. Living Trust 7/15/99 | Emily Stuhlbarg | CA |
| Marshall T. & Eve M. Goulet Trust | Eva Goulet | CA |
| F Ward Johnson Trust dtd 7/25/88 | F Ward Johnson | CA |
| Francis M. Niekrasz, RLT, DTD 3/21/01 | Francis M. Niekrasz | CA |
| George L. Perry Trust Dated 6/30/99 | Frank E. Perry | CA |
| Drost Revocable Trust UTA DTD 11/9/95 | Fred Drost | CA |
| Verver Family Trust dtd 3/23/92 | Garrett S. Verver | CA |
| Gene & Mary Huffman 1989 Family Trust | Gene H. Huffman | CA |
| The Francis Living Trust | George A. Francis | CA |
| The Gregg Martell Living Trust c/o Lorraine Trogma | Gregg Martell | CA |
| Duchi RLT uad 6/19/97 | Harold W. Duchi | CA |
| The Parry Trust c/o Hildegard Parry TTEE | Hildegard G. Parry | CA |
| The Smith Family Trust DTD 2/25/98 | Howard W. Smith | CA |
| Indira Aslan Living Trust 7/30/98 | Indira Aslan | CA |
| Molthan Revocable Living Trust | Irene Molthan | CA |
| J.C. & Evelyn Lucille Sires Family Trust | J C. Sires | CA |
| James C. Harris 1998 Revocable Trust | James C. Harris | CA |
| James H. Nessheim Trust | James H. Nessheim | CA |
| Marie Martin Family Trust DTD 10/29/90 | James L. Martin | CA |
| Jeanette C. Weaver Rev. Inter Vivos Trust DTD 7/7/ | Jeanette C. Weaver | CA |
| The Hernandez Family Trust | Joe F. & Bernice I. Hernandez | CA |
| The Hernandez Family Trust | Joe F. Hernandez | CA |

| Name of Trust | Trustee Name | State |
|---|---|---|
| Joseph & Linda Scruggs Trust | Joseph M. Scruggs | CA |
| Joyce Sihler, Trustee of Scaife Survivor's Trust U | Joyce Sihler | CA |
| Kathryn A DeMasi Trust DTD 8/9/2001 | Kathryn A. DeMasi | CA |
| Partridge Family Trust DTD 5/5/89 | Kenneth G. Partridge | CA |
| Richard & Kimberly Hultgen Trust DTD 6/1/93 | Kimberly Hultgen | CA |
| Clark Living Trust DTD 2/5/96 | Leonard H. Clark | CA |
| Treher Trust DTD 7/30/91 Sub Trust A | Leone L. Treher | CA |
| DenOuden Family Trust DTD 1/15/82 | Lester J. DenOuden | CA |
| Lowrance Family Trust | Lillian S. Lowrance | CA |
| Lloyd B Christiansen Living Trust | Lloyd B. Christiansen | CA |
| The Betts Revocable Living Trust | Lois B. Betts | CA |
| Lupe Q. Plasencia Trust DTD 10/12/99 | Lupe Q. Plasencia | CA |
| The Edna M. Pfenning Revocable Living Trust | Lynn E. Moore | CA |
| Lynne J. Wilson Revocable Trust Dated 4/12/94 | Lynne J. Wilson | CA |
| Helen Harvey Trust | Margaret Dolan | CA |
| Brown Trust DTD Oct 10, 1990 | Margaret E. Brown | CA |
| Trust B | Margaret J. Purdy | CA |
| Ciriscioli Family Trust DTD 8/10/98 | Marian Ciriscioli | CA |
| Marie E. Duncan Trust | Christine D. & Micahel Duncan | CA |
| Marie M Miller Living Trust | Marie M. Miller | CA |
| Mackintosh Trust DTD 11/26/91 | Marie Mackintosh | CA |
| Fred E. Scholl 1995 Trust | Marilee Scholl | CA |
| Joseph & Martha Harris Family Trust DTD 7/21/93 | Martha Harris | CA |
| Trust | Mary Beth Jeffrey | CA |
| Mary H. Confer Trust dated 10/20/98 | Mary H. Confer | CA |
| Filler Family Trust | Merrit O. Filler | CA |
| Gough 1997 Family Trust ( 12/30/97 | Minna F. Gough | CA |
| 1990 Judy Family Trust DTD 10/15/1990 | Myrtle B. Judy | CA |
| Davis Family Trust DTD 2/24/00 | Nancy A. Davis | CA |
| Ollie W Ames Trust dtd 7/25/88 | Ollie Ames | CA |
| Stevens Family Trust DTD 12/5/88 | Opal J. Stevens | CA |
| Paul A. & Jane M. Overholt Revocable Living Trust | Paul A. Overholt | CA |
| Flores Family Trust DTD 5/5/92 | Paul D. Flores | CA |
| Sepherino & Pauline Carbajal Family Trust | Pauline S. Carbajal | CA |

| Name of Trust | Trustee Name | State |
|---|---|---|
| Peter L. Ehrman Trust DTD 3/16/92 | Peter L. Ehrman | CA |
| Hegge Trust A DTD 5/4/92 | Raymond C. Hegge | CA |
| Becker Family Trust Dtd. 6-11-91 | Richard Becker | CA |
| The Berg Living Trust | Richard E. Berg | CA |
| Trust | Richard F. Nelson | CA |
| Rife Family Trust dtd 11/6/98 | Robert E. Rife | CA |
| Kulpa Revocable Living Trust | Robert Kulpa | CA |
| Ogle Living Trust | Robert Ogle | CA |
| The Hawkins Family Trust | Robert R. Hawkins | CA |
| The McLaughlin Family Trust DTD 4/27/06 | Robert R. McLaughlin | CA |
| Robert W. Eagleson Rev. Living Trust DTD 4/11/91 | Barbara Eagleson | CA |
| Roger & Sharon Fleming RLT | Roger Fleming | CA |
| Kestler Family Trust | Ronald S./ Stephen R./ James G. Kestler | CA |
| Long Trust dtd 6/2/1986 | Rosa Long | CA |
| 2000 Myers Family Trust DTD 1/19/00 | Rose M. Myers | CA |
| Atkinson Trust 10/7/92 | Roy Atkinson, Jr. | CA |
| Ruby P Speas Revocable Trust DTD 7/31/91 | Ruby P. Speas | CA |
| S & A Hawley Revocable Trust | Sam Hawley | CA |
| Sherrry Lee Negrete Family Trust DTD 7/24/90 | Sherry L. Negrete | CA |
| Boyer Family Trust UAD 10/24/96 | Shirley I. Boyer | CA |
| Hoekman Family Trust | Steven Hoekman | CA |
| Shimizu Family Trust | Tom Shimizu | CA |
| Dodds Revocable Trust, DTD 12/16/86 | Virginia Dodds | CA |
| Slocum Family Trust | William C. Slocum | CA |
| Spence Family Trust | William C. Spence | CA |
| Dirksen Family Trust 1/3/92 | William E. Dirksen | CA |
| Petersen Family Trust | William R. Petersen | CA |
| Wilson F. So. & Assoc. Profit Sharing Plan & Trust | Wilson F. So | CA |
| Wooten RLT DTD 10/1/91 | Wilson Wooten | CA |
| McGee Revocable Trust DTD 5/7/94 | Winston McGee | CA |
| Yolanda A. Davis Trust DTD 9/6/95 | Yolanda A. Davis | CA |
| Toft Family Trust | Anne Toft | CO |

| Name of Trust | Trustee Name | State |
|---|---|---|
| Buddy J. Wright Trust DTD 7/28/93 | Buddy J. Wright | CO |
| Sherran Family Loving Trust | C Allen Sherran | CO |
| Vinson Living Trust DTD 10/3/96 | Donald Vinson | CO |
| Darling Revocable Trust | Lynne M. Weaver | CO |
| Mary Schaffnit Living Trust DTD 4/7/97 | Mary Schaffnit | CO |
| Virginia M. Standish Trust UAD 3/8/90 | David W. Standish | CT |
| James W. Brady Living Trust DTD 4/28/97 | James Brady | CT |
| Richard C. Lyman Trust | Richard C. Lyman | CT |
| Ann O Brannigan 1993 Living Trust | Ann O. Brannigan | FL |
| Betty J Bienz Revocable Trust | Patricia See | FL |
| Betty J. Shields Trust DTD 3/29/93 | Betty J. Shields | FL |
| Carolyn L. Lynn Revocable Trust Dated 8/5/98 | Carolyn L. Lynn | FL |
| Casper Miceli and Helen Miceli Trust DTD 6/10/91 | Casper Miceli | FL |
| Sasso Revocable Living Trust DTD 11/15/93 | Catherine J. Sasse | FL |
| Connolly Family Trust uad 1/24/94 | Charles B. Connolly | FL |
| Charles Eugene and Jacqueline D. Hill Family Rev. | Charles E. Hill | FL |
| Dorothy C. McDermott Rev. Liv. Trust | Dorothy C. McDermott | FL |
| Fearl Lee Gage Rev. Living Trust UAD 1/24/95 | Fearl L. Gage | FL |
| Frances N Dickie RLT dtd 2/19/96 | Frances N. Dickie | FL |
| Vogt Revocable Trust DTD 5/28/99 | Frances Vogt | FL |
| Francis W Lang RLT | Francis W. Lang | FL |
| Helen M. Bumb Living Trust uad 4/14/95 | Helen M. Bumb | FL |
| Phelps Revocable Trust DTD 4/15/02 | James Phelps | FL |
| Jean M. Smallwood Declaration of Trust dated Oct. | Jean Smallwood | FL |
| John and Shirley Campo Living Trust | John M. Campo | FL |
| John P. Currie Revocable Trust | John P. Currie | FL |
| Judith A. Rodine Trust | Judith A. Rodine | FL |
| Elvira M. Reczka Trust DTD 11/20/91 | Linda S. Gravante | FL |
| Lucille C Jones Rev. Living Trust UAD 8/29/95 | Lucille Jones | FL |
| Marvin H Ray Trust | Marvin H. Ray | FL |
| Anne Marie McIntyre, Trustee | Mary-L McIntyre | FL |

A-6

| Name of Trust | Trustee Name | State |
|---|---|---|
| WD Hall conservator for Mazie L Hall | Mazie L. Hall | FL |
| Patricia A. Hermann Trustee UTD 3/24/03 FBO same | Patricia A. Hermann | FL |
| Paul & Elizabeth M. Goodart U/D/T Dtd 6/10/82 | Paul J. Goodart | FL |
| Pearl R. Bodenbach Revocable Living Trust UAD 1/3 | Pearl R. Bodenbach | FL |
| Lawrence Trust dtd 1/18/95 | Raymond Lawrence | FL |
| Richard & Mary Jeanson Family Trust | Richard Jeanson | FL |
| Oyer Family Revocable Living Trust UAD 11/1/01 | Robert J. Oyer | FL |
| The Robert Micaletti Revocable Trust | Robert Micaletti | FL |
| The Thomas L. Stockwell Rev. Trust UTD 2/11/91 | Thomas L. Stockwell | FL |
| Tourjee Family Trust | William B. Tourjee | FL |
| Johnson Trust | William R. Johnson | FL |
| Murphy Family Trust | William T. Murphy | FL |
| Larry R. & Mary B. Williams Revocable Living Trust | Larry Williams | GA |
| Robert W. and Jane S. Gruen Revocable Trust DTD 8/ | Robert W. Gruen | GA |
| WW Vaughn & CMD Vaughn RLT dtd 6/11/97 | Wilton W. Vaughn | GA |
| Barbara B. K. I. Pang Revocable Trust August 5th, | Barbara I. Pang | HI |
| Albert G. Ideler Trust | Albert G. Ideler | IL |
| Rentfro Revocable Family Trust DTD 3/19/01 | Bernadine Stoneburner | IL |
| Beulah M Reed Living Trust | Beulah M. Reed | IL |
| Bruce & Betty Webb Family Trust | Bruce G. Webb | IL |
| R & C Dian Family Trust | Carol M. Dian | IL |
| Clarice M Luetje Trust | Clarice M. Luetje | IL |
| Clifford & Anna Sullivan Family Trust | Clifford Sullivan | IL |
| Daniel J. Sullivan Trust DTD 9/27/97 | Daniel J. Sullivan | IL |
| Patrick & Adeline McCauley Living Trust | Daniel McCauley | IL |
| Donald H. Berger Living Trust, Donald H. Berger, T | Donald H. Berger | IL |
| Weiss Family Trust | Donald S. Weiss | IL |
| The Hocking Family Trust | Donald W. Hocking | IL |
| Donna Kay Johnson Separate Trust Property Trust 10 | Donna Kay Johnson | IL |
| Doris L. Stanley Living Trust | Doris L. Stanley | IL |

| Name of Trust | Trustee Name | State |
|---|---|---|
| Dorothy Telshaw Trust | Dorothy Telshaw | IL |
| Warmowski Family RLT | Edward R. Warmowski | IL |
| Harold & Ella Louise Klooster Living Trust 2/13/02 | Ella L. Klooster | IL |
| Elmo C. Ross Family Trust | Elmo C. Ross | IL |
| Harold & Ella Louise Klooster Living Trust 2/13/02 | Harold J. Klooster | IL |
| Ida M. Corey Living Trust | Ida M. Corey | IL |
| Ingeborg Kreitler, trustee Kreitler Living Trust | Ingeborg Kreitler | IL |
| Simkins Family Trust | Irene M. Simkins | IL |
| Jack & Elisabeth Lorenz Family Trust #1 | Jack Lorenz | IL |
| Jack T. McNutt Family Trust | Jack T. McNutt | IL |
| James W. Lundberg Philanthropic Trust | James Lundberg | IL |
| James S. Bernardoni Trust DTD 2/27/97 | James S. Bernardoni | IL |
| Jeri G. Ziska Revocable Living Trust DTD 11/18/96 | Jeri G. Ziska-Bernardoni | IL |
| Wallace Family Trust DTD 6/27/97 | Katheryn Wallace | IL |
| Lucille & Clifford Mackey, Trust | Lucille P. Mackey | IL |
| Huette Trust DTD 8/9/96 | Margaret Huette | IL |
| Margaret Manke Trust Dated 12/3/81 | Margaret Manke | IL |
| Marguerite B. Haack Family Trust | Marguerite B. Haack | IL |
| Crochet Family Trust DTD 2/23/98 | Mary Anne L. Crochet | IL |
| Electro Wire, Inc. Profit Sharing Plan, DTD 2/1/80 | Mickey M. Hamano | IL |
| Minno Halma Trust | Minno Halma | IL |
| Mitzi White Family Trust | Mitzi White | IL |
| Keuch Family Trust | Nancy Miller | IL |
| Oliver L. & Verla A. Fowler Trust #F-193 Dtd 1/8/9 | Oliver L. Fowler | IL |
| Peter H. Jones Trust DTD 9/30/91 | Peter H. Jones | IL |
| Martan Inc PSP | Robert and Nora Tanaka | IL |
| Rochelle Miriam Barrad Rev. Living Trust | Rochelle M. Barrad | IL |
| LaVela Family Trust dtd 1/21/98 | Rosalie LaVela | IL |
| Sandra K. Owen Trust | Sandra K. Owen | IL |
| Enos P. Schelling Trust DTD 11/17/97 | Steven R. Schelling | IL |
| Hivon Trust #367205234 | Terence Hivon | IL |
| Theodore R. Oost Trust | Theodore R. Oost | IL |
| Thomas F. Savage Rev. DeclarationTrust | Thomas F. Savage | IL |
| Harvey Manke Trust | William E. Manke | IL |

| Name of Trust | Trustee Name | State |
|---|---|---|
| Kasak Family Trust | William J. Kasak, Jr. | IL |
| The Willie & Dorothy Cribbs Trust Dtd 10/13/92 | Willie & Dorothy Cribbs | IL |
| Betty J. Katzberg Living Trust, DTD 09/28/99 | Betty Katzberg | IN |
| Gloria I. Lutz Trust U/A Dated 5/14/92 | Diane S. Lutz | IN |
| Donald B. Lawton Trust DTD 10/30/01 | Donald B. Lawton | IN |
| Eldon C. Triggs Revocable Living Trust | Eldon C. Triggs | IN |
| Onalee Armand Revocable Trust | George A. Armand | IN |
| Roschi Family Living Trust | James C. Roschi | IN |
| Jean Kastning Trust | Jean Kastning | IN |
| John & Joyce Back Rev Living Trust DTD 5/15/98 | John E. Back | IN |
| Leon Buis, Trust | Leon Buis | IN |
| Dungan Revocable Living Trust 7/23/98 | Mary E. Dungan | IN |
| Nancy A. Tice Living Trust Est. 2/12/92 | Nancy A. Tice | IN |
| Ray E. Sager Trust No. 1 dated 4/18/02 | Ray E. Sager | IN |
| Robert M. and M. Lois Hissong Joint Revocable Trust | Robert M. Hissong | IN |
| Ruth M. Sager Trust No. 1 DTD 4/18/02 | Ruth M. Sager | IN |
| Perkins Family Loving Trust | Vaughn S. Perkins | IN |
| Virginia Rushton Revocable Living Trust | Virginia Rushton | IN |
| Sharp Revocable Living Trust | Walker & Betty Sharp | IN |
| Trust | William R. May | IN |
| Trust Management Inc. Cust FBO Charles L Chambers | Charles L. Chambers | KS |
| Bea J. Albrecht Revocable Living Trust 7/29/1997 | Leonard A. Jensen | KY |
| Elliot Rev. Lvg. Trust | Alfred L. Elliott | MA |
| Ira C. Rigger Revocable Trust | Ira C. Rigger | MD |
| Jamie N Campbell Trust | Jamie N. Campbell | MD |
| Gulner Family Trust dated 6/16/92 | Lois M. Gulner | MD |
| The Fisher Family Trust | Martin R. Fisher | MD |

| Name of Trust | Trustee Name | State |
|---|---|---|
| Michael Holden Living Trust | Michael Holden | MD |
| Robert Metz Trust | Robert E. Metz | MD |
| Davis Family Trust of 1997 | Roger Davis | ME |
| Carmen A. Johnson Living Trust | Carmen A. Johnson | MI |
| Charles G. Huber Trust DTD 7/28/93 | Charles G. Huber | MI |
| Charles & Kathleen Lautner Rev. Living Trust | Charles Lautner | MI |
| Donald H. Ford Trust No. 2 | Donald H. Ford | MI |
| Irene A Sredzinski Revocable Inter Vivos Trust | Irene A. Sredzinski | MI |
| Marion Lumber Co. Pension Trust | James LaGrand | MI |
| Jean Meyer Richards Trust U/A DTD 2/7/97 | Jean Meyer Richards | MI |
| Jeremy Eckerman Trust | Jeremy Eckerman | MI |
| Jessie L Lautner Revocable Trust | Jessie L. Lautner | MI |
| Charles E. Hams & Margaret M. Hams Revocable Trust | Michael E. Thomas | MI |
| Robert A. McNutt Trust DTD 6/89 | Robert A. McNutt | MI |
| Jeremy Eckerman Trust | Roger E. Eckerman | MI |
| William Otwell Trust | William Otwell | MI |
| Lorene R Ediger Living Trust | Lorene Ruth Ediger | MN |
| Barbara J Coyle Charitable Remainder Unitrust dtd | Bruce Coyle | MO |
| Trust | Julie M. Pruett, JWTROS | MO |
| Linda House Trust | Linda S. House | MO |
| Nora Lee Conrad Revocable Trust | Nora L. Conrad | MO |
| Dorothy Hosfeld Trust dtd 4/20/93 | Dorothy Hosfeld Belanger | NC |
| The Joseph L Belanger & Dorothy H Belanger Rev. Li | Joseph Belanger | NC |
| Theodore S. & Cecilia T. Fowler Trust c/o Pamela M | Pamela Margaritis | NH |
| Ann Cracolici Trust UTD 7/18/96 | Ann Cracolici | NJ |

| Name of Trust | Trustee Name | State |
|---|---|---|
| The Naughton Family Trust | Emily Naughton | NJ |
| Roger & Delores Stockman Revocable Living Trust | Roger E. Stockman | NJ |
| | | |
| Ada L. Bond Trust DTD 3/8/2001 | Ada L. Bond | NM |
| Trust | Betty J. Newman | NM |
| Clyde and Laurene D. Grossoehme Trust dtd 7/17/199 | Clyde Grossoehme | NM |
| E. Edward and G. Pauline Hackmann Living Trust | E. Edward Hackmann | NM |
| Eric C. Randolph Trust | Eric C. Randolph | NM |
| Hugo A. and Vergie Marie Bernadette Revocable Trus | Hugo Bernadette | NM |
| The Ira Kitchens Family Trust dated 10/22/04 | Ira Kitchens | NM |
| Jack Grady & Jeanette A. Grady Revocable Trust dat | Jeanette A. Grady | NM |
| Finch Family Trust DTD 12/8/93 | John J. Finch | NM |
| Lur B. & Lilly E. Watson Rev Living Trust DTD 7/30 | Judy Ann Barnes | NM |
| Kenneth W Altman RLT dtd 1/10/01 | Kenneth Altman | NM |
| Mary W Williamson, Living Trust | Mary E. Williamson | NM |
| Richard LeRoy & Ovilla Jeanne Jensen Knight Revoca | Richard L. Knight | NM |
| The Russell G. & Margaret A. Haas Living Trust | Russell G. Haas | NM |
| Robert & Sharel King Trust | Sharel A. King | NM |
| Revocable Living Trust of Victor C. Salazar | Victor C. Salazar | NM |
| | | |
| Stiles Family Trust | Alice Stiles | NV |
| Elmquist Living Trust dtd 11/27/96 | Andrew (Nick) A. Elmquist | NV |
| Andrew R. & Sharon Peterson 1991 Living Trust | Andrew R. Peterson | NV |
| Jette 1988 Family Trust | Ariel C. Jette | NV |
| Valerie Family Trust | Arthur P. Valerie | NV |
| C. R. Evans Trust | Charles R. Evans | NV |
| Trust | Clayton E. Hieb | NV |
| Dennis & Gina Nunez Trust | Dennis Nunez | NV |
| John J. and Diane M. Maguire Living Trust DTD 8/4/ | Diane M. Maguire | NV |
| In Trust for Daniela Lamorte | Donato Lamorte | NV |
| Trust | Eleanor Eckhouse | NV |
| Elizabeth Panek TTEE,Panek Living Trust DTD 6/19/9 | Elizabeth B. Panek | NV |
| Humphry 1999 Trust | Jack Humphry | NV |

| Name of Trust | Trustee Name | State |
|---|---|---|
| The Jane H. Aderhold Trust | Jane Aderhold | NV |
| Jerry L. Collins Separate Property Trust DTD 7/30/ | Jerry L. Collins | NV |
| John F. Facinoli Separate Property Trust | John F. Facinoli | NV |
| O' Halloran Family Trust | Joseph O' Halloran | NV |
| Joseph P. & Anne N. Davis Family Trust | Joseph P. Davis | NV |
| Talluto Family Revocable Trust | Joseph Talluto | NV |
| Survivor's Trust of the JLD Family Trust | Lesley Norsigian | NV |
| Declaration of Trust of Jack W. & Margie C. Davis | Margie C. Davis | NV |
| Perna Family Trust DTD 7/13/93 | May H. Perna | NV |
| Mike & Marti Weiner Family Trust | Meyer Mike Weiner | NV |
| John T. Ferguson & Pierina Ferguson Rev. Family Trust | Pierina B. Ferguson | NV |
| Ralph R. and Julia E. Eaton Revocable Family Trust | Ralph R. Eaton | NV |
| Ray Nolen Phillips Trust DTD 9/29/99 | Ray Nolen Phillips | NV |
| Raymond and Mabel Moreton Family Trust | Raymond Moreton | NV |
| Robert E. & Carla J. Steinforth Family Trust | Robert E. Steinforth | NV |
| Ruth E. Rudd Revocable Trust | Ruth E. Rudd | NV |
| Thomas A Brodie Jr Family Trust 3/12/97 | Thomas A. Brodie | NV |
| V. Ciannella Living Trust | V Ciannella | NV |
| Stella D Elmore Trust | James J. O' Connell | NY |
| P.K. Parikh MD Profit Sharing Plan | Parmanan K. Parikh | NY |
| Hamilton Family R/L Trust 1-11-94 Donald L. Hamilt | Donald L. Hamilton | OH |
| Merle M. Devitt Revocable Trust | Dorothy M. McFadden | OH |
| Kenneth L. and E. Doro Koch Trust | Kenneth L. Koch | OH |
| The Dileo Family Trust | Martin J. Dileo, Jr. & III | OH |
| The Myslinski RLT DTD 7/15/86 | Thomas J. Myslinski | OH |
| Anna Yvonne Nicek Revocable Trust DTD 1/27/96 | Anna Yvonne Nicek | OK |
| Trust Management Inc. Cust FBO Carmen Flores | Carmen Flores Bills | OK |
| Maranda Delle Sutton, Trust DTD 3/10/82 | Joe Sutton | OK |
| Leroy D & Sigrid C Charles Fam RLT | Leroy D. Charles | OK |
| Vallie May Peek Rev Trust | Velma Lea Raybon | OK |
| Trust Management Inc. Cust FBO William G. Harvey | William G. Harvey | OK |

| Name of Trust | Trustee Name | State |
|---|---|---|
| Betty Lou Wood Trust utd 12/10/94 | Betty Lou Wood | OR |
| Burton L. Huggett Revocable Living Trust DTD 2/28/ | Burton L. Huggett | OR |
| Carolyn Schultz Living Trust | Carolyn L. Schultz | OR |
| Coles Living Trust DTD 04/01/99 | Clarence W. Coles | OR |
| Earl A. Peterson Trust UA DTD 4/1/94 | Earl A. Peterson | OR |
| Evangeline V. Clark Trust U/A DTD 11/16/94 | Evangeline V. Clark | OR |
| Jerald R. & Roxie A. Gaidos Revocable Family Trust | Jerald R. Gaidos | OR |
| Margaret D. Coyle Trust | Margaret D. Coyle | OR |
| Butts Family Trust | Mary Belle Butts | OR |
| Moyne D and Sally A Alley Trust | Moyne D. Alley | OR |
| Melvin R. Case Trust | Steven D. Case | OR |
| Thomas T. and Mary S. Fujii Trust DTD 8/21/91 | Thomas T. Fujii | OR |
| Tesky Family Trust DTD 12/2/93 | V Joyce Tesky | OR |
| William H. Gardner Trust DTD 10/14/91 | William H. Gardner | OR |
| Susan M. Kichman, Trust | Frank H. Kreysar | PA |
| SS Trust | Gary Green | PA |
| Howard and Betty Harman Revocable Trust DTD 5/6/98 | Howard B. Harman | PA |
| Violet L. Rittenhouse Trust DTD 5/12/93 | Kenneth G. Bricker | PA |
| Lena Lee Hayes Trust dtd 7/99 | Scott Dinner | PA |
| Lester H. Ludwig & Lucille M. Ludwig RLT | Lester H. Ludwig | PA |
| Frances G. Cline Revocable Trust | Lloyd Cline | PA |
| Mary O. Reinker Trust DTD 2/23/99 | Mary O. Reinker | PA |
| Romeo A LePage Trust DTD 5/27/93 | George LePage | RI |
| The Parsons Family Trust | Janice L. Oyer | RI |
| Parsons Family Trust DTD 3/1/00 | Nicholas Parsons | RI |
| Trust for Floyd Senterfeit, Jr. | Gail Brentlinger | SC |
| Seymore Dubin RLT uad 2/17/92 | Seymore Dubin | SC |

| Name of Trust | Trustee Name | State |
|---|---|---|
| A&R Herren Trust | Aaron Herren | TN |
| Amos E. Anderson Living Trust | Amos E. Anderson | TN |
| Aubrey M Riley Jr. Revocable Living Trust | Aubrey M. Riley | TN |
| Harvey & Martha Barham Rev. Living Trust | Harvey Barham | TN |
| Roon Revocable Trust DTD 8/16/94 | John L. Roon | TN |
| Smith Family Trust DTD 3/5/97 | Mabel H. Smith | TN |
| Enzor Family Revocable Living Trust | Mary Enzor | TN |
| Daniel E. Sarah E. Powell Trust | Sarah E. Powell | TN |
| Pension Plan & Trust of Willenwood Inc | William S. Dorstewitz | TN |
| Fredrick E. Meyer Revocable Trust | Fredrick E. Meyer | TX |
| Traywick Family Trust DTD 2/9/2002 | Harry Traywick | TX |
| Helen O Barnes Revocable Trust Dtd 10/10/96 | Helen O. Barnes | TX |
| Trust Management Inc. Cust FBO Juanita M. Bolay | Juanita M. Bolay | TX |
| Marguerite E. Stroup Trust | Marguerite E. Stroup | TX |
| Nancy Lyon Children's Trust | Mary Beechard-Dillard | TX |
| Trust Management Inc. Cust FBO Paul Bateman | Paul Bateman | TX |
| Ray & Shirley Nagel Revocable Trust | Ray Nagel | TX |
| Baker Family Trust UDT 11/6/95 | Ruth R. Baker | TX |
| Melba J Campbell Family Trust | J.R. and Marsha Campbell | UT |
| Lillian Munroe Trust | Andrea L. Sandberg | UT |
| Capener Family Trust | Annly A. Capener | UT |
| Family Trust of Sam A. Ruybal | Carmen C. Ruybal | UT |
| Cornelius Christie in Trust for Julianna Christie | Cornelius Christie | UT |
| Gerald M. Simmerman Trust | Gerald M. Simmerman | UT |
| Post Living Trust | John D. Post | UT |
| Family Trust of M Jay Clegg and Luanne Clegg | Luanne M. Clegg | UT |
| Clegg Family Trust | Thomas W. Clegg | UT |
| The Doris M. Shea Revocable Trust | Doris Shea | VA |
| Theresa A. McCary Revocable Trust | Theresa A. McCary | VA |
| Walter T. & Billie F. Brown Revocable Trust | Walter T. Brown | VA |

A-14

| Name of Trust | Trustee Name | State |
|---|---|---|
| Long Living Trust | Wisteria C. Long | VA |
| Van W. & Ada S. Emerson RLT DTD 1/14/92 | Ada Emerson | WA |
| Trust | Margaret D. Klontz | WA |
| Maurice L. & Mona M. Cunningham Living Trust | Maurice L. Cunningham | WA |
| William R. Gardner Trust DTD 6/20/86 | William R. Gardner | WA |
| Courtland Bones Living Trust 11/22/92 | Thomas Bones | WI |
| Donald A. & Eileen E. Feilbach Revocable Trust | Donald Feilbach | WI |
| Boudreau Family Trust dated 4-3-98 | Douglas G. Boudreau | WI |
| Lepien Family Trust | Gilbert H. Lepien | WI |
| John Ferguson & Pierina Ferguson Rev. Family Trust | John T. Ferguson | WI |
| Michael F. & Kathleen L. Laska Revocable Trust | Michael F. Laska | WI |
| Gordon D. & Lois A. Oberg Trust | Gordon D. Oberg | WY |
| Lee E Keith Revocable Trust | Scott Keith | WY |