**Exhibit C**
**Estates**

| Name of Estate | State of Residency of Deceased |
|---|---|
| Estate of Patricia M Strother | AZ |
| Estate of Alda O'Donnell | CA |
| Estate of Guadalupe Herrera | CA |
| Estate of Josephine M Tintary | CA |
| Estate of Lawrence L Steward | CA |
| Estate of Rex Austin | CA |
| Estate of Stanley McGowan | CA |
| Estate of Thelma L Engstrand | CA |
| Estate of William H Spencer | CA |
| Estate of Horace I Waite | FL |
| Estate of Mary S. Saunders Deceased | FL |
| The Estate of Mansfield E. Steinway | FL |
| Estate of Floyd W Padgett | IL |
| Estate of LaVerne C. Missel | IL |
| Estate of Norma J. Broadfield | IL |
| Estate of Ruth Russell | IL |
| Estate of John Mink | MI |
| Estate of Donald Locklear | NC |
| Estate of Julia Kanwit | NC |
| The Estate of Frederick Hernandez | NC |
| Estate of John C Collins | NJ |
| Estate of Marjory Schmidt | NM |
| Estate of Mary Bearce | NM |
| Estate of Robert J Boske | NV |

| Name of Estate | State of Residency of Deceased |
|---|---|
| Estate of Careth E Marsland | PA |
| Estate of Donald Rein | PA |
| Estate of Margaret Bizzell | TN |
| Estate of Virginia Poss | TN |
| Estate of Marion L Egbert | UT |
| Estate of Frances M Brient | VA |
| Estate of Rangley A Basham | VA |