A-1

## Exhibit D
## Limited Liability Companies

| Name of LLC | Name of LLC Members | State of Residency of LLC Members |
|---|---|---|
| Donigian Properties LLC | | |
| | Jacob A. Donigian, Member | NH |
| | Janice A. Donigian, Member | NH |
| | | |
| Hays and Hammond Properties LLC | | |
| | Carl Hammond, Member | CA |
| | Suzie Hammond, Member | CA |
| | Jordan Hammond, Member | CA |
| | | |
| | Clifford Hammond, Member | NM |
| | Jerry Hays, Member | NM |
| | Justin Hays, Member | NM |
| | Linda Hays, Member | NM |
| | Tracy Olive, Member | NM |
| | Zelia Hammond, Member | NM |
| | | |
| | Althea Logan, Member | TX |