| DC HOME | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT |

 

**CFO HOME**

**TAXPAYER SERVICE CENTER**

**REAL PROPERTY SERVICES**
Property Tax Bills
Property Tax Rates and Calculation
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database

 **Prev**

# Property Detail

**Address:** 2232 Q ST NW
**SSL:** 2510 0035

## Record Details

| | | | |
|---|---|---|---|
| Neighborhood: | KALORAMA | Sub-Neighborhood: | A |
| Use Code: | 24 - | Class 3 Exception: | No |
| Tax Type: | TX - | Tax Class: | 001 - |
| Homestead Status: | ** Currently receiving the Homestead Deduction*. | | |
| Assessor: | HAROLD BROWN | | |
| Gross Building Area: | | Ward: | 2 |
| Land Area: | 2,430 | Triennial Group: | 1 |

## Owner and Sales Information

| | |
|---|---|
| Owner Name: | WILLIAM SANCHEZ |
| Mailing Address: | 2232 Q ST NW; WASHINGTON DC20008-2817 |
| Sale Price: | Not Available |
| Sale Date: | Not Available |
| Instrument No.: | |

**QUESTIONS?** Ask Our Online Service Rep

### Tax Year 2007 Preliminary Assessment Roll

| | Current Value | Proposed New Value (2007) |
|---|---|---|
| Land: | $401,560 | $466,580 |
| Improvements: | $785,160 | $862,780 |
| Total Value: | $1,186,720 | $1,329,360 |
| Taxable Assessment: * | $823,194 | $905,513 |

* Taxable Assessment after Tax Assessment Credit and after $60,000 Homestead Credit, if applicable. (Click here for more information).

** This property is currently receiving tax relief through the Homestead deduction program. If you are not domiciled in the District or the property is not your principal place of residence, you are obligated to inform the Office of Tax and Revenue. This can be done by accessing the link below and completing the necessary form and returning it per the instructions. You may also write to the Office of Tax and Revenue, Real Property Administration, P.O. Box 176, Washington, DC 20044. For additional information regarding the Homestead program, call (202)727-4TAX. Click here to download the Homestead Deduction and Senior Citizen Tax Relief cancellation application *

 EXHIBIT E

**View Tax Information | View Property Features | View Payments**

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

Feedback | Translation
| Accessibility | Privacy
& Security | Terms &
Conditions