## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PREMIUM OF AMERICA, LLC, | * |
| Plaintiff | * |
| v. | * |
| William C. Sanchez, M.D. | *   CASE NO. 1:06MS00290 |
| and | * |
| William C. Sanchez, M.D., P.C., | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING PLAINTIFF PREMIUM OF AMERICA, LLC'S MOTION CURE DEFECTIVE ALLEGATIONS OF JURISDICTION PURSUANT TO 28 U.S.C. § 1653

Having read and considered Plaintiff Premium of America, LLC's Motion to Cure Defective Allegations of Jurisdiction Pursuant to 28 U.S.C. § 1653 (the "Motion for Leave"), the Memorandum in support thereof, any response, and any reply memoranda filed by the parties, it is hereby **ORDERED** by the United States District Court for the District of Columbia that the Motion for Leave be, and the same hereby is, **GRANTED**; and it is further

**ORDERED** that POA shall have leave to amend the First Amended Complaint to cure defects in the jurisdictional allegations in light of evidence that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332; and it is further

# 305085 DGS
012053-0002

2

**ORDERED** that the Clerk shall docket the Second Amended Complaint.

                                                                                                        _____
Judge
United States District Court

cc:    Paul S. Caiola, Esquire
       David G. Sommer, Esquire
       Gallagher Evelius & Jones LLP
       The Park Charles, Suite 400
       218 N. Charles Street
       Baltimore, MD 21201

       Brian J. Nash
       Michael Sanders
       Nash & Associates, LLC
       Cromwell Center, Suite 201
       809 Gleneagles Court
       Towson, Maryland 21286

       Alan M. Grochal
       Stephen M. Goldberg
       Tydings & Rosenberg, LLP
       100 East Pratt Street, 26th Floor
       Baltimore, Maryland 21202