# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PREMIUM OF AMERICA, LLC,       *
     Plaintiff

                           *

         v.

                           *     CASE NO. 1:06MS00290

William C. Sanchez, M.D.

                           *

     and

                           *

William C. Sanchez, M.D., P.C.,
     Defendants.             *

*    *    *    *    *    *    *    *    *    *    *    *    *

## AMENDED
## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on this 28th day of June, 2006, service of Plaintiff's Motion for Leave to Cure Defective Allegations of Jurisdiction Pursuant to 28 U.S.C. § 1653 and Memorandum in support thereof filed with the Court on June 27, 2006 was made by first class mail, postage prepaid, upon the following parties:

| | |
|---|---|
| Brian J. Nash, Esq. | Alan M. Grochal, Esq. |
| Michael Sanders, Esq. | Stephen M. Goldberg, Esq. |
| Nash & Associates, LLC | Tydings & Rosenberg, LLP |
| Cromwell Center, Suite 201 | 100 East Pratt Street, 26th Floor |
| 809 Gleneagles Court | Baltimore, Maryland 21202 |
| Towson, Maryland 21286 | |

                                         /s/  David G. Sommer
                                   Paul S. Caiola, Federal Bar #23940
                                   David G. Sommer, Federal Bar #27581
                                   Gallagher Evelius & Jones LLP
                                   218 N. Charles Street, Suite 400
                                   Baltimore, Maryland 21201
                                   (410) 727-7702
                                   *Attorneys for Plaintiff Premium of America, LLC*