IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PREMIUM OF AMERICA, LLC, | * |
| Plaintiff | * |
| v. | * |
| William C. Sanchez, M.D. | *   CASE NO. 1:06MS00290 |
| and | * |
| William C. Sanchez, M.D., P.C., | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul S. Caiola, David G. Sommer and Gallagher Evelius & Jones LLP, hereby enter their appearance in the above action on behalf of Plaintiff, Premium of America, LLC.

Respectfully submitted,

Dated: June 28, 2006

    /s/ Paul S. Caiola
Paul S. Caiola, Federal Bar #23940
David G. Sommer, Federal Bar #27581
Gallagher Evelius & Jones LLP
218 N. Charles Street, Suite 400
Baltimore, Maryland 21201
(410) 727-7702
*Attorneys for Plaintiff Premium of America, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of June, 2006, service of the foregoing was made by first class mail, postage prepaid, upon the following parties:

> Brian J. Nash, Esq.
> Michael Sanders, Esq.
> Nash & Associates, LLC
> Cromwell Center, Suite 201
> 809 Gleneagles Court
> Towson, Maryland 21286
> (410) 321-6660
>
> Alan M. Grochal, Esq.
> Stephen M. Goldberg, Esq.
> Tydings & Rosenberg, LLP
> 100 East Pratt Street, 26th Floor
> Baltimore, Maryland 21202
> (410) 752-9700

_____/s/_____
Paul S. Caiola