IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| PREMIUM ESCROW SERVICES, INC. | * | [Case No. 02-02358 (Chapter 11) in the Bankruptcy Court] |
| | * | |
| Debtor | * | |
| * * * * * * * | | |
| PREMIUM OF AMERICA, LLC | * | |
| Plaintiff | * | |
| v. | * | Misc. Case No. 1:06MS00290 [Adversary Proceeding No. 04-10455 in the Bankruptcy Court] |
| WILLIAM C. SANCHEZ, M.D. | * | |
| and | * | |
| WILLIAM C. SANCHEZ, M.D, P.C. | * | |
| Defendants | * | |
| * * * * * * * * * * * * | | |

### ORDER GRANTING MOTION TO STRIKE
### MOTION FOR LEAVE TO CURE DEFECTIVE PLEADING

Upon consideration of Defendants' Motion to Strike Plaintiff Premium of America, LLC's Motion for Leave to Cure Defective Allegations of Jurisdiction Pursuant to 28 U.S.C. § 1653, and any opposition thereto, it is by the United States District Court for the District of Columbia hereby

ORDERED that the Defendants' Motion to Strike be and hereby is GRANTED; and it is further

#527781v.1

1

ORDERED that Plaintiff Premium of America, LLC's Motion for Leave to Cure Defective Allegations of Jurisdiction Pursuant to 28 U.S.C. § 1653 [Docket Entry No. 2] be and hereby is STRICKEN from the record.

          Thomas F. Hogan, Judge
          United States District Court for the
            District of Columbia

cc:    Paul S. Caiola, Esquire
       David G. Sommer. Esquire
       Gallagher Evelius & Jones, LLP
       218 N. Charles Street, Suite 400
       Baltimore, Maryland 21201

       Brian J. Nash, Esquire
       Nash & Associates, LLC
       809 Gleneagles Court, Suite 201
       Towson, Maryland 21286

       Alan M. Grochal, Esquire
       Stephen M. Goldberg, Esquire
       Tydings & Rosenberg LLP
       100 East Pratt Street, 26th Floor
       Baltimore, Maryland 21202

       The Honorable S. Martin Teel, Jr.
       United States Bankruptcy Court
         for the District of Columbia
       U.S. Courthouse, Room 4400
       3rd & Constitution Ave., N.W.
       Washington, D.C. 20001