# U.S. Bankruptcy Court
## United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
### Adversary Proceeding #: 04-10455

*Assigned to:* Bankruptcy Judge S. Martin Teel, Jr.
*Related BK Case:* 02-02265
*Related BK Title:* Beneficial Financial Services, Inc., et al
*Demand:* $10000000
*Nature[s] of Suit:* 454 Recover Money/Property

*Date Filed:* 11/19/04
*Date Dismissed:* 05/23/06

**Plaintiff**
--------------------

**Premium of America, LLC**
c/o Thomas C. Dame, Esq.
Gallagher Evelius & Jones LLP
218 N. Charles Street
Suite 400
Baltimore, MD 21201

represented by **David G. Sommer**
Gallagher Evelius & Jones LLP
218 N. Charles Street
Suite 400
Baltimore, MD 21201
410-727-7702
Fax : 410-468-2786
Email: dsommer@gejlaw.com

**Paul S. Caiola**
Gallagher Evelius & Jones, LLP
218 North Charles Street
Suite 400
Baltimore, MD 21201
410-347-1371
Email: pcaiola@gejlaw.com

V.

**Defendant**
--------------------

**William C. Sanchez**
2232 Q Street, N.W.
Washington, DC 20008

represented by **Alan M. Grochal**
TYDINGS & ROSENBERG
100 E. Pratt St.
Baltimore, MD 21202
(410) 752-9700
Email: agrochal@tydingslaw.com
*LEAD ATTORNEY*

**Brian J. Nash**
Cromwell Center, Ste 201
809 Gleneagles Court
Towson, MD 21286
410-321-6660
*LEAD ATTORNEY*

**Mary Fran Ebersole**



|  |  |
|---|---|
|  | TYDINGS & ROSENBERG<br>100 E. Pratt St.<br>26th Floor<br>Baltimore, MD 21202<br>410-752-9700<br>Email: mebersole@tydingslaw.com |
|  | **Stephen M. Goldberg**<br>Tydings & Rosenberg, LLP<br>100 East Pratt Street<br>26th Floor<br>Baltimore, MD 21202<br>410-752-9736<br>Email: sgoldberg@tydingslaw.com<br>*LEAD ATTORNEY* |
| **William C. Sanchez, M.D., P.C.**<br>2232 Q Street, N.W.<br>Washington, DC 20008 | represented by **Alan M. Grochal**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Stephen M. Goldberg**<br>(See above for address)<br>*LEAD ATTORNEY* |

| Filing Date | # | Docket Text |
|---|---|---|
| 11/19/2004 | 1 | 454 (Recover Money/Property): Complaint by Premium of America, LLC against William C. Sanchez, William C. Sanchez, M.D., P.C.. Fee Amount $150 (Attachments: # 1 Adversary Proceeding Cover Sheet) (Dame, Thomas) (Entered: 11/19/2004) |
| 11/19/2004 | 2 | Receipt of Complaint(04-10455) [cmp,cmp] ( 150.00) Filing Fee. Receipt number166715. Fee Amount 150.00 (U.S. Treasury) (Entered: 11/19/2004) |
| 12/01/2004 | 3 | Summons Issued on William C. Sanchez, William C. Sanchez, M.D., P.C. . Number of Summons Issued: 2. Status Hearing to be held on 1/26/2005 at 09:30 AM Courtroom 24. (sm) (Entered: 12/08/2004) |
| 01/21/2005 | 4 | Request to Re-Issue Summons filed by Thomas C. Dame on behalf of Premium of America, LLC. Request to Re-Issue Summons on Defendant(s)all defendants. (Dame, Thomas) (Entered: 01/21/2005) |
| 01/24/2005 | 5 | Summons Issued on William C. Sanchez, William C. Sanchez, M.D., P.C. . Number of Summons Issued: 2. Status Hearing to be held on 3/30/2005 at 09:30 AM Courtroom 24. (sm) (Entered: 01/24/2005) |

| | | |
|---|---|---|
| 01/26/2005 | 6 | Request to Re-Issue Summons filed by Thomas C. Dame on behalf of Premium of America, LLC. Request to Re-Issue Summons on Defendant(s)all defendants. (Dame, Thomas) (Entered: 01/26/2005) |
| 01/31/2005 | 7 | Summons Re-Issued on William C. Sanchez; William C. Sanchez, M.D., P.C. Number of Summons Re-Issued: 2. Status Hearing to be held on 4/6/2005 at 09:30 AM Courtroom 24. (sm) (Entered: 02/01/2005) |
| 02/02/2005 | 8 | Notice *of Substitution of Counsel* Filed by Premium of America, LLC (Caiola, Paul) (Entered: 02/02/2005) |
| 02/02/2005 | 9 | Amended Complaint by Paul S. Caiola on behalf of Premium of America, LLC against all defendants. (Re: Related Document(s) #:1 Complaint.) (Attachments: # 1 Amended Cover Sheet) (Caiola, Paul) (Entered: 02/02/2005) |
| 02/03/2005 | 10 | Summons Service Executed on William C. Sanchez 2/2/2005; William C. Sanchez, M.D., P.C. 2/2/2005 (Caiola, Paul) (Entered: 02/03/2005) |
| 03/01/2005 | 11 | Notice of Appearance and Request to Add Attorney Lawrence F. Regan and Lawrence F. Regan for William C. Sanchez and William C. Sanchez, M.D., P.C., John R. Garza and Lawrence F. Regan for William C. Sanchez and William C. Sanchez, M.D., P.C. Filed by William C. Sanchez, William C. Sanchez, M.D., P.C. (Regan, Lawrence) (Entered: 03/01/2005) |
| 03/01/2005 | 12 | Answer to Complaint Filed by William C. Sanchez, William C. Sanchez, M.D., P.C. (Regan, Lawrence) (Entered: 03/01/2005) |
| 03/31/2005 | 13 | Stipulation By Premium of America, LLC and *William C. Sanchez, M.D. and William C. Sanchez, M.D., P.C. of Report of Parties' Discovery Conference*. Filed by Premium of America, LLC. (Sommer, David) (Entered: 03/31/2005) |
| 05/24/2005 | 14 | Scheduling Order entered on 5/24/2005.Discovery due by 10/20/2005. Motions due 11/11/2005. Pre-Trial Conference set for 2/8/2006 at 09:30 AM Courtroom 24 (tg) (Entered: 05/24/2005) |
| 05/26/2005 | 15 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:14 Scheduling Order) No. of Notices: 5. Service Date 05/26/2005. (Admin.) (Entered: 05/27/2005) |
| | | |

| | | |
|---|---|---|
| 07/05/2005 | 16 | Certificate of Discovery Filed by William C. Sanchez (Garza, John) (Entered: 07/05/2005) |
| 07/14/2005 | 17 | Certificate Regarding Discovery Filed by Defendant William C. Sanchez (ls) (Entered: 07/26/2005) |
| 08/01/2005 | 18 | Motion to Amend/Modify *Scheduling Order* Filed by Premium of America, LLC (Re: Related Document(s) #:14 Scheduling Order.) (Sommer, David) (Entered: 08/01/2005) |
| 08/10/2005 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:18 Motion to Amend/Modify) YOU HAVE UNTIL 8/15/2005 TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (tg) (Entered: 08/10/2005) |
| 08/31/2005 | 19 | Order Granting Motion to Modify Scheduling Order (Related Document(s) #:18 Motion to Amend); Order entered on 8/31/2005; Discovery due by 11/21/2005; Motions due 12/16/2005; Pre-Trial Conference set for 2/8/2006 at 09:30 AM Courtroom 24 (ls) (Entered: 08/31/2005) |
| 09/02/2005 | 20 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:19 Scheduling Order) No. of Notices: 1. Service Date 09/02/2005. (Admin.) (Entered: 09/03/2005) |
| 11/03/2005 | 21 | Motion to extend Time Period. Filed by William C. Sanchez, M.D., P.C. (Re: Related Document(s) #:14 Scheduling Order.) (Attachments: # 1 Proposed Order) (Regan, Lawrence) (Entered: 11/03/2005) |
| 11/04/2005 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:21 Motion to Extend/Shorten Time) YOU HAVE UNTIL 11/7/2005 for 21, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Tyson, Katina) (Entered: 11/04/2005) |

| Date | # | Description |
|---|---|---|
| 11/04/2005 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE ELECTRONIC SIGNATURE WAS NOT INCLUDED OR IN AN INCORRECT FORMAT. PLEASE FILE AN AMENDED DOCUMENT OR MOTION WITH THE ELECTRONIC SIGNATURE IN THE PROPER FORMAT (e.g. /S/ John Doe). (Re: Related Document(s) #:21 Motion to Extend/Shorten Time) YOU HAVE UNTIL 11/7/2005 for 21, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Tyson, Katina) (Entered: 11/04/2005) |
| 11/07/2005 | 22 | Motion to Extend Time Period. Filed by William C. Sanchez, M.D., P.C. (Re: Related Document(s) #:14 Scheduling Order.) (Attachments: # 1 Proposed Order) (Regan, Lawrence) (Entered: 11/07/2005) |
| 11/15/2005 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER IS IMPROPERLY FORMATTED. PLEASE RESUBMIT THE PROPOSED ORDER IN THE REQUIRED FORMAT. (Re: Related Document(s) #:22 Motion to Extend/Shorten Time) YOU HAVE UNTIL 11/18/2005 for 22, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Tyson, Katina) (Entered: 11/15/2005) |
| 11/28/2005 | 23 | Motion for Withdrawal of Reference. Fee Amount $150 Filed by William C. Sanchez, M.D., P.C. (Attachments: # 1 Proposed Order) (Regan, Lawrence) (Entered: 11/28/2005) |
| 11/28/2005 | 24 | Receipt of Motion for Withdrawal of Reference(04-10455) [motion,mwdrefap] ( 150.00) Filing Fee. Receipt number345738. Fee Amount 150.00 (U.S. Treasury) (Entered: 11/28/2005) |
| 11/28/2005 | 25 | Certificate of Discovery Filed by William C. Sanchez, M.D., P.C. (Regan, Lawrence) (Entered: 11/28/2005) |
| 12/12/2005 | 26 | Opposition *to Motion to Withdraw the Reference to Bankruptcy Court* Filed by Premium of America, LLC (Re: Related Document(s) #:23 Motion for Withdrawal of Reference.) (Attachments: # 1 Proposed Order Denying the Motion to Withdraw the Reference to Bankruptcy Court) (Sommer, David) (Entered: 12/12/2005) |

| | | |
|---|---|---|
| 12/13/2005 | 27 | Amended Scheduling Order; Order entered on 12/13/2005. Discovery due by 1/20/2006; Motions due 2/16/2006; Defendants' Expert Reports due 11/21/05 and Plaintiff's Rebuttal Experts due 12/21/05. (Spayd, Lisa) (Entered: 12/13/2005) |
| 12/13/2005 | 28 | Motion To Substitute Attorney *Alan M. Grochal and Stephen M. Goldberg and Tydings & Rosenberg LLP and Strike the Appearance of John R. Garza, Lawrence F. Regan, Jr. and Garza, Regan & Associates, P.C. as Co-Counsel for Defendants* Filed by William C. Sanchez (Attachments: # 1 Proposed Order) (Ebersole, Mary) (Entered: 12/13/2005) |
| 12/15/2005 | 29 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:27 Amended Scheduling Order) No. of Notices: 1. Service Date 12/15/2005. (Admin.) (Entered: 12/16/2005) |
| 12/19/2005 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE RELATED PLEADING REQUIRES A FILED NOTICE OF OPPORTUNITY TO OBJECT. PLEASE FILE A SEPARATE NOTICE OF OPPORTUNITY TO OBJECT. (Re: Related Document(s) #:23 Motion for Withdrawal of Reference) YOU HAVE UNTIL 12/22/2005 for 23, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Tyson, Katina) (Entered: 12/19/2005) |
| 12/19/2005 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:23 Motion for Withdrawal of Reference) YOU HAVE UNTIL 12/22/2005 for 23, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Tyson, Katina) (Entered: 12/19/2005) |
| 12/19/2005 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU THEN CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR |

| | | |
|---|---|---|
| | | PROPOSED ORDER. (Re: Related Document(s) #:26 Opposition, ) YOU HAVE UNTIL 12/22/2005 for 26, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Tyson, Katina) (Entered: 12/19/2005) |
| 12/21/2005 | 30 | Order Granting Motion To Substitute Attorney adding Alan M. Grochal for William C. Sanchez and William C. Sanchez, M.D., P.C., Stephen M. Goldberg for William C. Sanchez and William C. Sanchez, M.D., P.C., terminating John R. Garza and Lawrence F. Regan. (Related Document #: 28) Entered on 12/21/2005. (Tyson, Katina) (Entered: 12/21/2005) |
| 12/23/2005 | 31 | Motion to Dismiss Adversary Proceeding Filed by William C. Sanchez, William C. Sanchez, M.D., P.C. (Attachments: # 1 Proposed Order) (Goldberg, Stephen) (Entered: 12/23/2005) |
| 12/23/2005 | 32 | Support Document Re: *Motion to Dismiss* Filed by William C. Sanchez, William C. Sanchez, M.D., P.C.. (Re: Related Document(s) #:31 Motion to Dismiss Adversary Proceeding.) (Attachments: # 1 Exhibit 1a# 2 Exhibit 1b# 3 Exhibit 1c# 4 Exhibit 1d)(Goldberg, Stephen) (Entered: 12/23/2005) |
| 12/23/2005 | 33 | Reply *to Opposition to Motion to Withdraw the Reference to Bankruptcy Court* Filed by William C. Sanchez, William C. Sanchez, M.D., P.C. (Re: Related Document(s) #:26 Opposition,.) (Goldberg, Stephen) (Entered: 12/23/2005) |
| 12/23/2005 | 34 | Support Document Re: *Motion for Withdrawal of Reference* Filed by William C. Sanchez, William C. Sanchez, M.D., P.C.. (Re: Related Document(s) #:23 Motion for Withdrawal of Reference.) (Goldberg, Stephen) (Entered: 12/23/2005) |
| 12/23/2005 | 35 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:30 Order on Motion To Substitute Attorney, ) No. of Notices: 3. Service Date 12/23/2005. (Admin.) (Entered: 12/24/2005) |
| 01/06/2006 | 36 | Consent Motion to Extend Time Period *For Responding to Defendants' Motion to Dismiss*. Filed by Premium of America, LLC (Re: Related Document(s) #:31 Motion to Dismiss Adversary Proceeding.) (Attachments: # 1 Proposed Order) (Sommer, David) (Entered: 01/06/2006) |
| 01/09/2006 | 37 | Motion To Stay *Discovery or, in the Alternative, to Extend Discovery; Request for Status Conference; and Joint Request to Extend Time to File Pretrial Statements* Filed by William C. Sanchez, William C. Sanchez, M.D., P.C. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Proposed Order) (Goldberg, Stephen) (Entered: 01/09/2006) |
| 01/09/2006 | 38 | Support Document Re: *Motion to Stay Discovery or, in the Alternative, to Extend Discovery; Request for Status Conference; and Joint Request to Extend Time to File Pretrial Statement* Filed by William C. Sanchez, William C. Sanchez, M.D., P.C.. (Re: Related Document(s) #:37 Motion To Stay,.) (Goldberg, Stephen) (Entered: 01/09/2006) |
| 01/13/2006 | 39 | Order Granting Motion to Extend Time To Respond To Motion To Dismiss, Extended Through and Including January 20, 2006 (Related Document #: 36) Entered on 1/13/2006. (Tyson, Katina) (Entered: 01/13/2006) |
| 01/15/2006 | 40 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:39 Order on Motion to Extend Time) No. of Notices: 2. Service Date 01/15/2006. (Admin.) (Entered: 01/16/2006) |
| 01/18/2006 | 41 | Consent Motion to Extend Time Period *for Responding to Defendants' Motion to Stay Discovery or, in the Alternative, to Extend Discovery; Request for Status Conference; And Joint Request to Extend Time to File Pretrial Statements.* Filed by Premium of America, LLC (Re: Related Document(s) #:37 Motion To Stay,.) (Attachments: # 1 Proposed Order) (Sommer, David) (Entered: 01/18/2006) |
| 01/20/2006 | 42 | Consent Motion to Extend Time Period *For Responding to Defendants' Motion to Dismiss.* Filed by Premium of America, LLC (Re: Related Document(s) #:31 Motion to Dismiss Adversary Proceeding.) (Attachments: # 1 Proposed Order) (Sommer, David) (Entered: 01/20/2006) |
| 01/23/2006 | 43 | Opposition *to Defendants' Motion to Dismiss Adversary Proceeding* Filed by Premium of America, LLC (Re: Related Document(s) #:31 Motion to Dismiss Adversary Proceeding.) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order Denying Defendants' Motion to Dismiss) (Sommer, David) (Entered: 01/24/2006) |
| 01/30/2006 | 44 | Opposition *to Defendants' Motion to Stay Discovery* Filed by Premium of America, LLC (Re: Related Document(s) #:37 Motion To Stay,.) (Attachments: # 1 Exhibit 1# 2 Proposed Order Denying Defendants' Motion to Stay Discovery) (Sommer, David) (Entered: 01/30/2006) |
| 02/01/2006 | 45 | Order Granting Motion to Extend Time (Related Document #: 41) Entered on 2/1/2006. (Spayd, Lisa) (Entered: 02/01/2006) |

| | | |
|---|---|---|
| 02/01/2006 | 46 | Order Granting Consent Motion to Extend Time for Plaintiff to Respond to Defendant's Motion to Dismiss (Related Document #: 42) Entered on 2/1/2006. (Spayd, Lisa) (Entered: 02/01/2006) |
| 02/02/2006 | 47 | Consent Motion to extend Time Period *for Defendants to Respond to Plaintiff's Opposition to Defendants' Motion to Dismiss.* Filed by William C. Sanchez, William C. Sanchez, M.D., P.C. (Re: Related Document(s) #:43 Opposition,.) (Attachments: # 1 Proposed Order) (Goldberg, Stephen) (Entered: 02/02/2006) |
| 02/03/2006 | 48 | Motion to Amend/Modify */Convert Pretrial Conference to Status Conference or, in the Alternative, for Postponement of Pretrial Conference and Scheduling of Status Conference* Filed by William C. Sanchez, William C. Sanchez, M.D., P.C. (Attachments: # 1 Proposed Order) (Goldberg, Stephen) (Entered: 02/03/2006) |
| 02/03/2006 | 49 | Motion to shorten Time Period *for Plaintiff to Respond to Defendants' Motion to Convert Pretrial Conference to Status Conference or, in the Alternative, for Postponement of Pretrial Conference and Scheduling of Status Conference.* Filed by William C. Sanchez, William C. Sanchez, M.D., P.C. (Re: Related Document(s) #:48 Motion to Amend/Modify,.) (Attachments: # 1 Proposed Order) (Goldberg, Stephen) (Entered: 02/03/2006) |
| 02/03/2006 | 50 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:45 Order on Motion to Extend Time) No. of Notices: 2. Service Date 02/03/2006. (Admin.) (Entered: 02/04/2006) |
| 02/03/2006 | 51 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:46 Order on Motion to Extend Time) No. of Notices: 2. Service Date 02/03/2006. (Admin.) (Entered: 02/04/2006) |
| 02/06/2006 | 52 | Reply *to Plaintiff's Opposition to Defendants' Motion to Stay Discovery* Filed by William C. Sanchez, William C. Sanchez, M.D., P.C. (Re: Related Document(s) #:44 Opposition,.) (Goldberg, Stephen) (Entered: 02/06/2006) |
| 02/06/2006 | 53 | Opposition *to Defendants' Motion to Convert Pretrial Conference to Status Conference* Filed by Premium of America, LLC (Re: Related Document(s) #:48 Motion to Amend/Modify,.) (Attachments: # 1 Proposed Order Denying Defendants' Motion to Convert) (Sommer, David) (Entered: |

| | | |
|---|---|---|
| | | 02/06/2006) |
| 02/07/2006 | 54 | Order Denying Defendant's Motion To Amend/Modify to Convert PreTrial Conference to Status Conference (Related Document #: 48) Entered on 2/7/2006. (Meador, Patti) (Entered: 02/07/2006) |
| 02/09/2006 | 55 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:54 Order on Motion to Amend/Modify) No. of Notices: 2. Service Date 02/09/2006. (Admin.) (Entered: 02/10/2006) |
| 02/13/2006 | 56 | Reply *to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Investor-Related Claims* Filed by William C. Sanchez, William C. Sanchez, M.D., P.C. (Re: Related Document(s) #:43 Opposition,.) (Goldberg, Stephen) (Entered: 02/13/2006) |
| 03/20/2006 | 57 | Order Granting Motion to Extend Time To Respond To Motion To Dismiss (Related Document #: 47) Entered on 3/20/2006. (Tyson, Katina) (Entered: 03/20/2006) |
| 03/20/2006 | 58 | Order Dismissing Motion to Extend Time As Moot(Related Document #: 49) Entered on 3/20/2006. (Tyson, Katina) (Entered: 03/20/2006) |
| 03/22/2006 | 59 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:57 Order on Motion to Extend Time) No. of Notices: 1. Service Date 03/22/2006. (Admin.) (Entered: 03/23/2006) |
| 03/22/2006 | 60 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:58 Order on Motion to Extend Time) No. of Notices: 1. Service Date 03/22/2006. (Admin.) (Entered: 03/23/2006) |
| 03/28/2006 | 61 | Transmittal of Motion for Withdrawal of Record to U.S. District Court (Re: Related Document #:23 Motion for Withdrawal of Reference) (Spayd, Lisa) (Entered: 03/28/2006) |
| 05/23/2006 | 62 | Decision Regarding Defendants' Motion to Dismiss (Related Document(s) #:31 Motion to Dismiss Adversary Proceeding.) Order entered on 5/23/2006. (Myers, Sally) (Entered: 05/23/2006) |
| 05/23/2006 | 63 | Order Granting Defendants'Motion to Dismiss and Related |

| | | |
|---|---|---|
| | | Relief.(Related Document #: 31) Ordered that the Motion to Dismiss Investor-Related Claims for Lack of Subject Matter Jurisdiction or, in the Alternative, for Severance of All Investor-Related Claims Filed by Defendants William C. Sanchez and William C. Sanchez, P.C. is Granted. All Counts in the Amended Complaint Filed by Plaintiff Premium of America, LLC in this Adversary Proceeding are Dismissed Except Insofar as Those Counts Refer to Causes of Action Previously Held by the Debtor Premium Escrow Services, Inc. SEE ORDER FOR FURTHER DETAILS. Entered on 5/23/2006. (Myers, Sally) (Entered: 05/23/2006) |
| 05/25/2006 | 64 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:62 Memorandum Decision) No. of Notices: 1. Service Date 05/25/2006. (Admin.) (Entered: 05/26/2006) |
| 05/25/2006 | 65 | BNC Certificate of Mailing - Order Re: Dismissal of Case. (Re: Related Document(s) #:63 Order on Motion to Dismiss Adversary Proceeding, , ) No. of Notices: 1. Service Date 05/25/2006. (Admin.) (Entered: 05/26/2006) |
| 06/02/2006 | 66 | Motion to Amend/Modify */Vacate Order Dismissing Investor-Related Claims So That Plaintiff May Cure Defective Allegations of Jurisdiction Pursuant to 28 U.S.C. Section 1653* Filed by Premium of America, LLC (Re: Related Document(s) #:63 Order on Motion to Dismiss Adversary Proceeding,,.) (Sommer, David) (Entered: 06/02/2006) |
| 06/03/2006 | 67 | Support Document Re: *Motion to Vacate Order Dismissing Investor-Related Claims So That Plaintiff May Cure Defective Allegations of Jurisdiction Pursuant to 28 U.S.C. Section 1653* Filed by Premium of America, LLC. (Re: Related Document(s) #:66 Motion to Amend/Modify,.) (Attachments: # 1 Exhibit 1 Affidavit of Ira Rigger# 2 Exhibit A to Rigger Affidavit# 3 Exhibit B to Rigger Affidavit# 4 Exhibit C to Rigger Affidavit# 5 Exhibit D to Rigger Affidavit# 6 Exhibit E to Rigger Affidavit# 7 Exhibit 2 Second Amended Complaint - Clean# 8 Exhibit Exhibit 3 Redlined Second Amended Complaint# 9 Proposed Order)(Sommer, David) (Entered: 06/03/2006) |
| 06/05/2006 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE EVENT USED IS INCORRECT. THE MOTION SHOULD HAVE FILED AS A MOTION TO VACATE. PLEASE REFILE THE PLEADING USING THE PROPER EVENT. (Re: Related Document(s) #:66 Motion to Amend/Modify, ) YOU HAVE |

| | | |
|---|---|---|
| | | UNTIL 6/8/2006 for 66, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Tyson, Katina) (Entered: 06/05/2006) |
| 06/05/2006 | 68 | Motion to Vacate *Order Dismissing Investor-Related Claims so that Plaintiff May Cure Defective Allegations of Jurisdiction Pursuant to 28 U.S.C. 1653* Filed by Premium of America, LLC (Re: Related Document(s) #:63 Order on Motion to Dismiss Adversary Proceeding,,, 66 Motion to Amend/Modify,, 67 Support Document,,.) (Sommer, David) (Entered: 06/05/2006) |
| 06/08/2006 | | ELECTRONIC DEFICIENCY NOTICE. Filer is hereby notified that the document entry linked hereto contains an error which requires corrective action. THE PROPOSED ORDER WAS NOT ATTACHED OR UPLOADED. PLEASE CLICK ON THE BANKRUPTCY MENU GO TO MISCELLANEOUS AND SELECT PROPOSED ORDER TO CURE DEFICIENCY, THEN GO BACK TO BANRUPTCY MENU AND CLICK ON ORDER UPLOAD AND PROCEED TO UPLOAD YOUR PROPOSED ORDER. (Re: Related Document(s) #:68 Motion to Vacate, ) YOU HAVE UNTIL 6/11/2006 for 68, TO CORRECT THIS DEFICIENCY. IF YOU FAIL TO DO SO, THE SUBMISSION MAY BE STRICKEN. (Tyson, Katina) (Entered: 06/08/2006) |
| 06/13/2006 | 69 | Opposition *to Plaintiff's Motion to Vacate Order Dismissing Investor-Related Claims so that Plaintiff may Cure Defective Allegations of Jurisdiction Pursuant to 28 U.S.C. Section 1653* Filed by William C. Sanchez, William C. Sanchez, M.D., P.C. (Re: Related Document(s) #:66 Motion to Amend/Modify,.) (Grochal, Alan) (Entered: 06/13/2006) |
| 06/13/2006 | 70 | Order Granting in part, Denying in part Motion To Stay Discovery. Dismiss the Motion as Moot Insofar as it Relates to Investor-Related Claims; Deny the Motion to the Extent it Seeks to Extend the Time for Discovery on Non-Investor-Related Claims; and Grant the Motion to the Extent it Seeks a New Date for Filing Pre-Trial Statements. (Related Document #: 37) Entered on 6/13/2006. SEE ORDER FOR FURTHER DETAILS (Myers, Sally) (Entered: 06/13/2006) |
| 06/13/2006 | 71 | Order Denying Motion To Vacate and SUA SPONTE Recommendation for Withdrawal of the Reference(Related Document #: 68) Entered on 6/13/2006. SEE ORDER FOR FURTHER DETAILS (Myers, Sally) (Entered: 06/13/2006) |
| | | |

| | | |
|---|---|---|
| 06/15/2006 | 72 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:70 Order on Motion to Stay, ) No. of Notices: 1. Service Date 06/15/2006. (Admin.) (Entered: 06/16/2006) |
| 06/15/2006 | 73 | BNC Certificate of Mailing - PDF Document. (Re: Related Document(s) #:71 Order on Motion to Vacate) No. of Notices: 1. Service Date 06/15/2006. (Admin.) (Entered: 06/16/2006) |
| 06/20/2006 | | Sua Sponte Recommendation for Withdrawal of Reference (Myers, Sally) (Entered: 06/20/2006) |
| 06/20/2006 | 74 | Transmittal of Record of Sua Sponte Recommendation For Withdrawal of Reference to U.S. District Court Filed by Clerk's Office (Re: Related Document(s) #: Motion for Withdrawal of Reference.) (Tyson, Katina) (Entered: 06/20/2006) |
| 06/22/2006 | 75 | Receipt of Record on Appeal. District Court Case Number: 1:06MS00290. Case Assigned to Judge Thomas F. Hogan. Filed by Warning: party not known (Re: Related Document(s) #: Motion for Withdrawal of Reference.) (Tyson, Katina) (Entered: 06/23/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/17/2006 17:54:16 | | | |
| PACER Login: | ge0068 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 04-10455 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: HTML |
| Billable Pages: | 7 | Cost: | 0.56 |