United States Bankruptcy Court
for the District of Columbia

| In Re: | Case Number: 02-2358 |
|---|---|
| Premium Escrow Services | |
| Debtor(s) | |
| Premium Escrow Services | |
| Plaintiff(s) | Adversary Proceeding Number: 04-10455 |
| William C. Sanchez and William C. Sanchez, P.C. | |
| Defendant(s) | |

TO:   Clerk, U.S. District Court for the District of Columbia

Transmitted herewith is the **Notice of Withdrawal of Reference** in the above-captioned adversary proceeding. Included in the transmittal is a copy of order being appealed and a certified copy of the docket sheet.

**Documents related to the appeal include:**

| DE# | Document | Filer |
|---|---|---|
| 71 | Order | |
| 62 | Decision Re: Motion To Dismiss | |
| 63 | Order Granting Motion To Dismiss | |
| 66 | Plaintiff's Motion to Vacate Order #63 | Premium Escrow Svcs |
| 67 | Support of Plaintiff's Motions | Premium Escrow Svcx |

**Other comments:**


EXHIBIT 7

The parties to the order appealed and their respective attorneys are as follows:

| Appellant/Plaintiff | Attorney |
|---|---|
| Premium Escrow Services | David G. Sommer<br>218 N. Charles Street<br>Baltimore, MD 21201 |
| **Appellee/Defendant** | **Attorney** |
| William C. Sanchez and<br>William Sanchez P.C.<br>2232 Q Street, NW<br>Washington, DC 20008 | Alan Grochal<br>100 E. Pratt Street<br>Baltimore, MD 21202 |

Dated: June 20, 2006              Deputy Clerk: Katina Tyson

Please return a copy of this transmittal with the following information:

District Court Case Number:
        Judge Assigned:                [*Affix Label Here*]
        Date Stamp: