**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | * |
| PREMIUM ESCROW SERVICES, INC. | * |
| | * |
| Debtor | |
| * * * * * * * | Case No. 1:06-mc-290 |
| PREMIUM OF AMERICA, LLC | * |
| Plaintiff | * |
| v. | * |
| WILLIAM C. SANCHEZ, M.D. | * |
| and | * |
| WILLIAM C. SANCHEZ, M.D, P.C. | * |
| Defendants | * |
| * * * * * * * * * * * * | |

**RESPONSE TO STATUS REPORT OF PREMIUM OF AMERICA, LLC**
**REGARDING TRANSFER OF CASE FROM THE U.S. BANKRUPTCY COURT**

Defendants William C. Sanchez, M.D., and William C. Sanchez, M.D., P.C. ("Defendants"), by their undersigned attorneys, hereby submit this Response to the Status Report of Premium of America, LLC ("POA"). While the POA status report accurately describes the procedural history of this case, it also contains POA's spin on certain aspects of the case, and therefore, is in actuality more than a mere status update. Accordingly, Defendants submit this response in order to clarify Defendants' position with respect to POA's recent filings and respond to the argumentative portion of the POA status report.

#530296v.1

As set forth in the status report, on May 23, 2006, Judge Teel dismissed Plaintiff's Investor Related Claims in Adversary Proceeding No. 04-10455. On June 6, 2006, POA filed a motion to vacate the dismissal order, which was denied on June 13, 2006. No appeal was ever taken from either the dismissal order or the order denying the motion to vacate. While Judge Teel, in denying the motion to vacate, made a <u>sua sponte</u> recommendation for withdrawal of the reference, it is Defendants' position that even if this Court is prepared to accept Judge Teel's recommendation and withdraw the reference from the Bankruptcy Court, such withdrawal of reference can only be effectuated with respect to the portion of Adversary No. 04-10455 that is remaining in the Bankruptcy Court. By virtue of the fact that no appeal was taken, the Investor Related Claims have been finally and irrevocably dismissed. It is only the non-investor claims that remain, and it is those remaining claims that could theoretically be litigated in this Court.

Secondly, Defendants take issue with POA's statement that there was evidence "in the record" that diversity jurisdiction existed. To the contrary, there was nothing whatsoever in the record regarding diversity until POA filed its motion to vacate and attached two exhibits to its supporting memorandum that purport to establish the existence of diversity jurisdiction. However, these materials came into the record <u>after</u> Judge Teel dismissed the Investor Related Claims. It is the absence of any reference to diversity pre-dismissal that precludes POA from availing itself of 28 U.S.C. § 1653. The bottom line is that, contrary to the implication in POA's status report, there was no evidence "in the record" regarding diversity jurisdiction until after the Investor Related Claims had been dismissed.

#530296v.1

Because POA has filed its status report, Defendants did not want it to appear by their silence that they in any way acquiesce to the notions that the Investor Related Claims may either somehow be resurrected in this Court or that the pre-dismissal record contained evidence as to the existence of diversity jurisdiction. Finally, Defendants share POA's willingness to participate in a status conference if the Court deems one to be appropriate.

/s/ Brian J. Nash
Brian J. Nash, D.C. Bar No. 230771
Nash & Associates, LLC
809 Gleneagles Court, Suite 201
Towson, Maryland 21286
Telephone (410) 321-6660

Alan M. Grochal
Alan M. Grochal, D.C. Bar No. 315218
Stephen M. Goldberg, D.C. Bar No. 339705
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202
Telephone (410) 752-9700

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2006, a copy of the foregoing Response to Status Report of Premium of America, LLC Regarding Transfer of Case from the U.S. Bankruptcy Court was sent electronically and/or mailed, first-class, postage-prepaid, to:

> Paul S. Caiola, Esquire
> David G. Sommer. Esquire
> Gallagher Evelius & Jones, LLP
> 218 N. Charles Street, Suite 400
> Baltimore, Maryland 21201

> Alan M. Grochal
> Alan M. Grochal

#530296v.1