UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* ) | [Case No. 02-02359 |
| ) | (Chapter 11) in the |
| PREMIUM ESCROW SERVICES, Inc., ) | Bankruptcy Court] |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| PREMIUM OF AMERICA, LLC, ) | |
| ) | |
| Plaintiff, ) | Misc. No. 06-0290 |
| ) | [Adversary Proceeding |
| v. ) | No. 10455 in the Bankruptcy |
| ) | Court] |
| ) | |
| WILLIAM SANCHEZ and ) | |
| WILLIAM C. SANCHEZ, M.D., P.C., ) | |
| ) | |
| Defendants. ) | |

### ORDER WITHDRAWING REFERENCE TO THE BANKRUPTCY COURT

Pursuant to the bankruptcy court's *sua sponte* recommendation for withdrawal of reference, it is hereby

**ORDERED** that the reference to the bankruptcy court of the above-indicated adversary proceeding pending in the bankruptcy court is withdrawn for the purpose of the district court's determining whether it has subject-matter jurisdiction over the so-called Investor-Related Claims (as identified in the bankruptcy court's Decision Regarding Defendants' Motion to Dismiss and which the bankruptcy court determined could not be referred to it under 28 U.S.C. § 157(b)), and for purposes of exercising jurisdiction over the entire proceeding if it determines that subject matter jurisdiction exists over the Investor-Related Claims.  It is further

**ORDERED** that the plaintiff file any motion for leave to amend the complaint to allege any additional basis for jurisdiction within fourteen days after entry of this Order.  It is further

**ORDERED** that the Clerk of the Court assign a civil action number to this proceeding and assign the action to a district court judge. It is further

**ORDERED** that if it is determined that the district court has no jurisdiction over the Investor-Related Claims, the district court judge assigned this matter shall act on the defendants' motion to withdraw the reference [Docket No. 06-mc-0150], and pending disposition of that motion, the reference shall stand withdrawn unless the court orders otherwise (or it has ordered otherwise pursuant to the following paragraph). It is further

**ORDERED** that the district court judge assigned this matter may refer to the bankruptcy court to hear in accordance with 28 U.S.C. § 157(c) any aspects of the non-Investor-Related Claims that the district court judge deems appropriate. It is further

**ORDERED** that the Clerk of the Bankruptcy Court transmit to the Clerk of the District Court a copy of the entire set of the papers that have been filed in the adversary proceeding.

**SO ORDERED**.

July 25, 2006                                                    /s/
                                                          Thomas F. Hogan
                                                          Chief Judge


Copies to: All counsel of record; Clerk, Bankruptcy Court; Honorable S. Martin Teel, Jr.