IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PREMIUM OF AMERICA, LLC** | * |
|     **Plaintiff,** | * |
| v. | * |
| | Case No. 1:06MS00290 |
| **WILLIAM C. SANCHEZ, M.D.** | * |
|     and | * |
| **WILLIAM C. SANCHEZ, M.D., P.C.,** | * |
|     **Defendants.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**UNOPPOSED MOTION TO EXTEND TIME FOR RESPONDING TO
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants, William C. Sanchez, M.D., and William C. Sanchez, M.D., P.C., through undersigned counsel, hereby move for an order of this Court extending the time for filing a responsive pleading to Plaintiff's Second Amended Complaint, and in support thereof state:

    1.    On July 27, 2006, this Court withdrew the reference to the United States Bankruptcy Court for the District of the District of Columbia with respect to the claims remaining in Adversary Proceeding No. 04-10455, filed in that court on November 19, 2004.

    2.    On August 4, 2006, Plaintiff filed a Motion seeking leave to cure defective allegations of jurisdiction pursuant to 28 U.S.C. § 1653 (the "Motion"). The Motion was served upon Defendants on August 23, 2006 and Defendants opposed the Motion on August 30, 2006.

3. On September 19, 2006, this Court entered a "Minute Order," granting the Motion such that plaintiff would have leave to amend the First Amended Complaint to cure defects in the jurisdictional allegations.

4. Plaintiff's Second Amended Complaint was not docketed by the Court at that time.

5. On November 20, 2006, this Court entered a "MINUTE ORDER TO SHOW CAUSE," requiring Plaintiff to demonstrate why the case should not be dismissed for lack of prosecution.

6. Plaintiff's Second Amended Complaint was docketed on November 21, 2006, therefore a responsive pleading would be due on or before December 11, 2006.

7. Plaintiff does not object to an extension through and including December 22, 2006 for Defendants to file a responsive pleading to Plaintiff's Second Amended Complaint.

WHEREFORE, Defendants, William C. Sanchez, M.D., and William C. Sanchez, M.D., P.C., move for an order of this Court setting the time to respond to Plaintiff's Second Amended Complaint through and including December 22, 2006.

Dated: December 8, 2006                    Respectfully submitted,

/s/ Brian J. Nash
Brian J. Nash, DC Bar No. 230771
Nash & Associates, LLC
809 Gleneagles Court, Suite 201
Towson, Maryland 21286
(410) 321-6660
/s/ Alan M. Grochal
Alan M. Grochal, DC Bar No. 315218
Stephen M. Goldberg, DC Bar No. 339705
Tydings & Rosenberg LLP

#586768v.1                    2

        100 East Pratt Street, 26th Floor
        Baltimore, Maryland  21202
        (410) 752-9700

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 8th day of December, 2006, a copy of the foregoing Consent Motion to Extend Time for Responding to Plaintiff's Second Amended Complaint was either sent electronically or mailed first class, postage prepaid to:

Paul S. Caiola, Esq.
David G. Sommer, Esq.
Gallagher Evelius & Jones, LLP
218 N. Charles Street, Suite 400
Baltimore, Maryland 21201

*Attorneys for Plaintiff*

        /s/ Alan M. Grochal_____
        Alan M. Grochal, DC Bar No. 315218